**Craig HOLMES, Plaintiff–Appellee,**

**v.**

**Officer Curry WALKER, in his official capacity and individually, Defendant–Appellant,**

**City of East Point, Sgt. B. Gray, et al., Defendants.**

No. 07–12225

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 31, 2007.

Clarence Victor Long, Atlanta, GA, Andrews R. Williams, Jonesboro, GA, for Plaintiff–Appellee.

Kenneth Drew Jones, Hall, Booth, Smith & Slover, P.C., Atlanta, GA, for Defendant–Appellant.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

In this appeal, Officer Curry Walker challenges the denial of his motion for summary judgment based upon qualified immunity. The suit is brought by Craig Holmes who was shot by Officer Walker in the lobby of the Mark Inn in East Point, Georgia.

We affirm the ruling of the district court for the reasons set forth in its ORDER of May 7, 2007.

**AFFIRMED.**